IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA NICHOLL-KENNER, | Docket No.: 3:11-cv-00195-MLC-DEA |
| Plaintiff, | A Civil Action |
| v. | |
| LAWRENCEVILLE UROLOGY, P.A., PREMIER UROLOGY ASSOCIATES, LLC, AND JULIE PRETTYMAN, | |
| Defendants. | |

### DEFENDANTS' MOTION TO AMEND THEIR ANSWER AND AFFIRMATIVE DEFENSES

**TO:** Ari R. Karpf, Esquire
KARPF & KARPF, P.C.
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
*Attorneys for Plaintiff Debra Nicholl-Kenner*

**PLEASE TAKE NOTICE** that, on Monday, May 2, 2011, the undersigned attorneys will move the United States District Court for the District of New Jersey for an Order allowing Defendants Lawrenceville Urology, P.A., Premier Urology Associates, LLC, and Julie Prettyman (collectively, "Defendants") to amend their answer and affirmative defenses ("Motion"). In support of the Motion, the Defendants shall rely on the annexed Certification of Alan C. Milstein.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule of Civil Procedure 7.1(d)(2), any opposition to the relief requested in the Motion shall be filed with the Clerk of Court and served upon the undersigned counsel at least fourteen (14) days prior to the return date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order incorporating the relief sought is submitted herewith.

Dated: <u>Wednesday, April 6, 2011</u>

Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

By: /s/ Alan C. Milstein
Alan C. Milstein

308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-488-4744

*Attorneys for Defendants Lawrenceville Urology, P.A., Premier Urology Associates, LLC, and Julie Prettyman*